# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROLANDA REDDEN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>SMITH'S FOOD & DRUG CENTERS, INC.;<br>DOES I through XXX, inclusive and ROE<br>BUSINESS ENTITIES I through XXX,<br>inclusive,<br><br>Defendants. | Case No. 2:21-cv-01533-APG-NJK<br><br>**ORDER TO<br>CONTINUE DUE DATE FOR FILING<br>THE JOINT PRE TRIAL ORDER**<br><br>**(FIRST REQUEST)** |

WHEREAS, the parties will be mediating this case on July 7, 2022 at JAMS with the Honorable Stewart L. Bell (Ret.), and the deadline to file the Joint Pre-Trial Order is July 22, 2022, the parties are requesting a brief, two week extension to file the Joint Pre-Trial Order.

WHEREAS, counsel for the parties request an extension of the deadline to file the Joint Pre-Trial Order, the parties anticipate that they will need an additional two weeks to finalize the Joint Pre Trial Order;

IT IS HEREBY STIPULATED AND AGREED by and between JERRY S. BUSBY, ESQ. of COOPER LEVENSON, P.A., counsel of record for SMITH'S FOOD & DRUG CENTERS, INC., and STACIE L. BROWN, ESQ. OF LADAH LAW FIRM, counsel of record for ROLANDA REDDEN, that

///

///

the deadline for the parties to file their Joint Pre Trial Order be continued to August 5, 2022, to ensure the parties have adequate time to attempt to resolve this case through private mediation and, if the mediation is unsuccessful, to take the sufficient time that is required to adequately complete the Pre-Trial Order.

Respectfully submitted this 30th day of June, 2022.

| LADAH LAW FIRM | COOPER LEVENSON, P.A. |
|---|---|
| /s/ Stacie L. Brown<br>Stacie L. Brown, Esq.<br>Nevada Bar No. 14174<br>517 South Third Street<br>Las Vegas, NV 89101<br>Telephone: (702) 252-0055<br>Attorney for Plaintiff<br>ROLANDA REDDEN | /s/ Jerry S. Busby<br>Jerry S. Busby, Esq.<br>Nevada Bar No. 1107<br>3016 West Charleston Boulevard, #195<br>Las Vegas, NV 89102<br>Telephone: (702) 366-1125<br>Attorneys for Defendant<br>SMITH'S FOOD & DRUG CENTERS, INC. |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: July 1, 2022