JERRY S. BUSBY
Nevada Bar #001107
GREGORY A. KRAEMER
Nevada Bar #010911
COOPER LEVENSON, P.A.
3016 West Charleston Boulevard - #195
Las Vegas, Nevada 89102
(702) 366-1125
FAX: (702) 366-1857
jbusby@cooperlevenson.com
gkraemer@cooperlevenson.com

Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROLANDA REDDEN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>SMITH'S FOOD & DRUG CENTERS, INC.; DOES I through XXX, inclusive and ROE BUSINESS ENTITIES I through XXX, inclusive,<br><br>Defendants. | Case No. 2:21-cv-01533-APG-NJK<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

WHEREAS, the parties and their respective counsel participated in a voluntary private mediation on July 7, 2022 which led to the parties agreeing up a full and final settlement of this case and all claims asserted therein;

IT IS HEREBY STIPULATED AND AGREED by and between STACIE L. BROWN, ESQ. of the LADAH LAW FIRM, Attorneys for Plaintiff ROLANDA REDDEN, and JERRY S. BUSBY, ESQ., of the law firm COOPER LEVENSON, P.A., Attorneys for Defendant SMITH'S FOOD & DRUG CENTERS, INC., as follows:

1. That the claims herein of Plaintiff ROLANDA REDDEN against SMITH'S FOOD & DRUG CENTERS, INC. shall be dismissed with prejudice, each party to bear their own attorney's fees and costs; and

///

CLAC 7037453.1

2.   That any matters pending on the Court's docket along with any scheduled deadlines be vacated.

Dated this 14th day of September, 2022.

LADAH LAW FIRM

/s/ Stacie L. Brown
STACIE L. BROWN, ESQ.
Nevada Bar No.: 14174
517 South Third Street
Las Vegas, NV 89101
Attorneys for Plaintiff
ROLANDA REDDEN

Dated this 14th day of September, 2022.

COOPER LEVENSON, P.A.

/s/ Jerry S. Busby
JERRY S. BUSBY, ESQ.
Nevada Bar No.: 1107
3016 West Charleston Boulevard - #195
Las Vegas, NV 89102
Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

**ORDER**

IT IS SO ORDERED. Case dismissed, with prejudice.

DATED this the 15th day of September, 2022.

_____
UNITED STATES DISTRICT JUDGE

CLAC 7037453.1

2